IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELISONGIL BONILLA,

    Plaintiff,

    v.

NATIONAL INSURANCE COMPANY,
et al.,

    Defendants.

CIVIL NO. 07-1204 (RLA)

**JUDGMENT**
**(Under Seal**

    Plaintiff's Motion Requesting the Case to be Dismissed with Prejudice (docket No. **53**) is **GRANTED**.

    Accordingly, it is hereby ORDERED AND ADJUDGED that the parties be and the same are bound by the terms of their Settlement Agreement and Release which terms are incorporated herein in *extenso*.

    It is further ORDERED AND ADJUDGED that AMERICAN INTERNATIONAL INSURANCE COMPANY shall pay plaintiff the sum of **$100,000.00** and the PUERTO RICO HIGHWAY AUTHORITY shall pay plaintiff the sum of **$30,000.00** for a total sum of **$130,000.00**. A check for the entire settlement amount shall be issued to the order of plaintiff ELISONGIL BONILLA and his attorney JORGE IZQUIERDO SAN MIGUEL.

    It is further ORDERED AND ADJUDGED that payment shall be made **on or before January 21, 2008.** In the event that payment is not made by said date, as penalty, interest shall accrue on the outstanding sums at a 10% per annum interest until fully satisfied.

**CIVIL NO. 07-1204 (RLA)** **Page 2**

It is further ORDERED AND ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney fees.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 20th day of December, 2007.

S/Raymond L. Acosta
RAYMOND L. ACOSTA
United States District Judge